Mary McNamara, SBN 147131
Britt H. Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOHN LACY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  CR 08-594 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE AND VACATING JANUARY 13, 2016 COURT DATE RE JOHN LACY** |
| vs. | |
| JOHN LACY, | |
| Defendant. | |

The United States and the defendant, through their counsel, hereby submit this stipulation proposing the modification of the terms of supervised release and taking judicial notice of the violations set forth in the pending Form 12, dated October 29, 2015 and the vacation of the currently-scheduled status appearance on January 13, 2016.  Assigned United States Probation Officer Tiffani Dyke has approved this proposed resolution and the vacation of the January 13, 2016 date and joins in this stipulation.

1.      On October 29, 2015, the Probation Office submitted a Form 12 alleging three composite Category C violations against John Lacy, namely, that 1) he failed to report to the Probation Officer on multiple occasions, 2) that he failed to participate in drug testing on multiple occasions and 3) that he failed to make restitution payments.  A hearing on the Form 12 is set for January 13, 2016.

2.      The parties have met and conferred regarding the Form 12 and have agreed on a proposed disposition, in part, to accommodate Mr. Lacy's need for medical treatment for arthritis, degenerative disc disease and high blood pressure, as follows:  That the Court take judicial notice of the violations

**JOINT STATUS MEMORANDUM ON FORM 12 VIOLATION**

1    and modify Mr. Lacy's conditions of supervised release such that he is forthwith placed on six months

2    of electronic monitoring to be supervised by the Probation Office, all other conditions of supervised

3    release to remain in force.  The parties further stipulate that the January 13, 2016 hearing be vacated.

4         IT IS SO STIPULATED.

5

6    Dated: January 6, 2016                    Respectfully submitted,

7
                                              _____/s/_____ .
8                                             Mary McNamara
                                              Britt H. Evangelist
9                                             SWANSON & McNAMARA LLP
                                              Attorneys for JOHN LACY
10

11

12
     Dated: January 6, 2016                    BRIAN J. STRETCH
13                                             United States Attorney

14
                                              _____/s/_____ .
15                                             JOSEPH M. ALIOTO Jr.
                                              Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP ON FORM 12 VIOLATION**

## [~~PROPOSED~~] ORDER

On stipulation of the parties and good cause appearing, the Court HEREBY takes judicial notice of the violations alleged in the October 29, 2015 Form 12.  IT IS ORDERED that John Lacy's conditions of supervised release are hereby modified to include the condition that he be forthwith placed on six months of electronic monitoring to be supervised by the Probation Office.  All other previously imposed conditions of supervised release shall remain in force.IT IS FURTHER ORDERED that the January 13, 2016 hearing is hereby vacated.

DATED: January __12__, 2016

_____
SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

**STIP ON FORM 12 VIOLATION**