Mary McNamara, SBN 147131
Audrey A. Barron, SBN 286688
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOHN LACY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>JOHN LACY,<br><br>         Defendant. | Case No.  CR 08-594 SBA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING OCTOBER 18,<br>2016 STATUS HEARING** |

The United States, through Assistant United States Christina McCall, and undersigned counsel for the defense hereby submit this stipulation proposing the continuance of the currently-scheduled status appearance on October 18, 2016. Assigned United States Probation Officer Tiffani Dyke has approved and joins in this stipulation.

1.      On September 15, 2016, the Probation Office submitted a Form 12 alleging two positive drug tests on August 11 and August 12, 2016. A hearing on the Form 12 occurred on September 15, 2016 before the Honorable Magistrate Judge Donna Ryu.

2.      At the hearing, the parties agreed it was appropriate to place Mr. Lacy in an intensive outpatient drug treatment program. The Probation Office believed that Mr. Lacy could begin the treatment program immediately. The Court set a status hearing for October 18, 2016, in order to assess Mr. Lacy's performance after several weeks of treatment in the outpatient program.

**STIPULATION REGARDING STATUS HEARING**

3.       The outpatient program has been unable to accommodate Mr. Lacy as quickly as anticipated, and to date Mr. Lacy has not begun treatment.  The Probation Office continues to work diligently to enroll Mr. Lacy in the program as soon as possible.

4.       The parties stipulate to continue the status hearing to November 14, 2016 in order to allow additional time for Mr. Lacy to enroll in the treatment program.

IT IS SO STIPULATED

Dated: October __, 2016                                          Respectfully submitted,

                                                                                           /s/                                      .
                                                                                 Mary McNamara
                                                                                 Audrey A. Barron
                                                                                 SWANSON & McNAMARA LLP
                                                                                 Attorneys for JOHN LACY


Dated: October __ , 2016                                       BRIAN J. STRETCH
                                                                                 United States Attorney


                                                                                           /s/                                      .
                                                                                 CHRISTINA M. McCALL
                                                                                 Assistant United States Attorney


Dated: October __, 2016                                        UNITED STATES PROBATION OFFICE

                                                                                           /s/                                      .
                                                                                 TIFFANI DYKE
                                                                                 United States Probation Officer

**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED. The October 18, 2016 hearing is HEREBY continued to November 14, 2016 at 9:30am before the Honorable Judge Donna M. Ryu.

DATED: 10/17/16

_____
KANDIS A. WESTMORE
United States District Judge